UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. 3:12-00078 |
| | ) | **Judge Sharp** |
| **LAZOURUS GRISSOM** | ) | |

## MOTION FOR LEAVE TO LATE-FILE MOTION TO CONTINUE TRIAL

Lazourus Grissom, by and through undersigned counsel, hereby requests leave of court to file his first motion to continue the trial two days after the deadline established in the Court's Order setting this matter for trial. (Docket Entry 31). In support of this motion, undersigned counsel would show the Court the following:

1. Undersigned counsel and AUSA Phil Wehby discussed the need for a continuance of the trial on or about August 13, 2012.

2. On August 17, 2012, undersigned counsel met with the defendant, and Mr. Grissom signed a Speedy Trial Waiver. Counsel has drafted a motion to continue which is prepared for filing on August 23, 2012.

3. The deadline for filing a motion to continue the trial was August 21, 2012, one week before the trial date of August 28, 2012. Due to unexpected events which required defense counsel's immediate and focused attention in two other pending federal criminal matters, undersigned counsel overlooked the deadline established by this Court's Order.

4. Neither the defendant nor the government will be prejudiced by the granting of this motion.