# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:12-00078 |
| ) | Judge Sharp |
| LAZOURUS GRISSOM ) | |

## MOTION TO EXTEND DEADLINE FOR FILING
## ANY MOTION TO CONTINUE TRIAL

Lazourus Grissom, by and through undersigned counsel, hereby moves this Honorable Court for a short extension of the deadline for filing any motion to continue the trial in this cause. In support of this motion, undersigned counsel would show the Court the following:

1. The trial in this matter is set for November 6, 2012. This is the second setting of the trial. The deadline for filing any motion to continue is October 17, 2012 (Document No. 37).

2. Counsel for the partes are engaged in ongoing settlement discussions. However, defense counsel will be unable to determine whether a continuance of the trial will be necessary until after the filing deadline for the motion to continue.

3. Based on the status of negotiations, undersigned counsel requests an extension of six days, until February 23, 2012, to file any motion to continue the trial.

4. AUSA Phil Wehby has authorized undersigned counsel to inform the Court that he has no objection to the requested extension of the filing deadline.

Respectfully submitted,

s/Kathleen G. Morris
Kathleen G. Morris
42 Rutledge Street, 1st Floor
Nashville, TN 37210
615-242-3200
Attorney for Lazourus Grissom