UNITED STATES DISTRICTCOURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:12-00078 |
| | ) | |
| CORDELL M. GRISSOM<br>Defendant. | ) | |

## MOTION TO JOIN MOTION FOR EXTENSION OF TIME TO FILE ANY MOTION TO CONTINUE TRIAL

Comes now the defendant, Cordell M. Grissom, by and through counsel of record, and respectfully moves this Honorable Court to enter an Order extending the deadline for filing a motion to continue trial in the above referenced case. In further support of this Motion, defendant would show the Court as follows:

1. This case is set for trial on November 6, 2012.

2. Counsel has spoken with Assistant U.S. Attorney, Phil Wehby, and is currently in the midst of settlement negotiations.

3. Counsel anticipates that by October 23, 2012, parties will know whether or not a motion to continue trial will need to be filed with the Court.

Respectfully submitted,

s/Eileen M. Parrish
**BPR # 020236**
**3200 West End Avenue, Suite 500**
**Nashville, TN 37203**
**(615) 783-1698**
**Attorney for Defendant**